UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14238-CIV-MARTINEZ/MAYNARD

**KINGDOMWORKS STUDIOS, LLC,**

      Plaintiff,
v.

**KINGDOM STUDIOS, LLC, and
KINGDOM INC.,**

      Defendants.
_____/

## REPORT AND RECOMMENDATION ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT (DE 95, 97, 98)

**THIS CAUSE** comes before me upon and Order of Reference, DE 144, and the above-referenced Motions for Summary Judgment. In light of my Order on the parties' Joint Renewed Motion to Seal, DE 178, I recommend that the parties' Motions for Summary Judgment (DE 95, 97, 98) be **DENIED WITHOUT PREJUDICE** and the parties be instructed to refile their motions and responsive pleadings in strict accordance with the Order on sealing.

As currently filed, the motions for summary judgment, responsive pleadings, and accompanying statements of fact contain excessive redactions or omissions. The pleadings refer to numerous exhibits that have not been filed in the record because the parties hoped those exhibits would be sealed. Thus, the record is incomplete, and the Court cannot rule on these motions as they currently stand. Clean and complete versions of the pleadings and pertinent exhibits are necessary for the Court's disposition of the pending motions in this case.

Since the issues have already been briefed, refiling the pleadings mainly involves removing unwarranted redactions and filing exhibits previously withheld. Thus, refiling should not be unduly burdensome or onerous on the parties. Given the fast-approaching trial date, I recommend

that the parties be required to refile their motions for summary judgment and responsive pleadings on an expedited basis. I also note that the pleadings related to Defendant Kingdom Studio, LLC's Motion in Limine and *Daubert* Motion filed at DE 93 also contain excessive redactions and/or rely on exhibits that have not been filed in the record. Although DE 93 has not been referred to me, I recommend that DE 93 also be **DENIED WITHOUT PREJUDICE** and the parties instructed to refile in accordance with the motion on sealing.

Any objection to this Report and Recommendation shall be filed on or before Friday, September 3, 2021. Failure to file timely objections shall bar the parties from a de novo determination by the District Court and bar the parties from attacking on appeal the factual findings contained herein. *LoConte v. Dugger*, 847 F.2d 745, 749—50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988).

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 27th day of August, 2021.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE