UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 19-14238-CIV-MARTINEZ/MAYNARD**

KINGDOMWORKS STUDIOS, LLC,

    Plaintiff,

v.

KINGDOM STUDIOS, LLC, *et al.*,

    Defendants.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Shaniek M. Maynard United States Magistrate Judge, for a Report and Recommendation on Defendant Kingdom Inc.'s Motion for Summary Judgment, (ECF No. 95); Defendant/Counterclaimant Kingdom Story Company LLC's Motion for Summary Judgment, (ECF No. 97); and Plaintiff's Motion for Final Summary Judgment Against Defendant Kingdom, Inc., (ECF No. 98), (collectively, the "Motions"). Magistrate Judge Maynard filed a Report and Recommendation ("R&R") recommending that the Motions be denied without prejudice and the parties be instructed to refile their motions and responsive pleadings in strict accordance with the Order on the Parties Joint Renewed Motion to Seal, (ECF No. 178). (*See* ECF No. 180). Although Defendant Kingdom Story Company's *Daubert* Motion and Motion in Limine to Exclude Evidence of Damages, (ECF No. 93), was not referred to Judge Maynard, she recommended that the motion be denied without prejudice for the same reasons. The Court has conducted a careful review of the record and notes that no objections have been filed.[1]

---

[1] Instead, Defendants refiled their respective motions for summary judgment and responses before the Court issued a ruling on the Motions and the R&R. (*See* ECF Nos. 182–86).

1

Accordingly, it is,

**ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation, (ECF No. 180), is **AFFIRMED and ADOPTED** in its entirety.

It is further **ADJUDGED** that:

1. Defendant Kingdom Inc.'s Motion for Summary Judgment, (ECF No. 95); Defendant/Counterclaimant Kingdom Story Company LLC's Motion for Summary Judgment, (ECF No. 97); Plaintiff's Motion for Final Summary Judgment Against Defendant Kingdom, Inc., (ECF No. 98); and Defendant Kingdom Story Company's *Daubert* Motion and Motion in Limine, (ECF No. 93), are **DENIED without prejudice**.

2. The parties shall refile the aforementioned motions and corresponding responses, replies, and statements of material facts, in strict accordance with Judge Maynard's Order on the Parties Joint Renewed Motion to Seal, (ECF No. 178).

3. The renewed motions shall be filed **no later than seven (7) days** from the date of this Order. Responses to the motions shall be due **no later than five (5) days** from the date the motions are filed. Replies, if any, are due **no later than three (3) days** from the date the responses are filed.[2]

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of September, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record

---

[2] For any motions or responses that have already been filed at the time this Order is issued, the responses or replies shall be due five or three days from the date of this order—whichever is applicable.